FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 14 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK MANIBUSAN, | Case No. 3:17-cv-00303-MMD-CBC |
| Plaintiff, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

## I. DISCUSSION

On June 19, 2018, Plaintiff filed an unsigned First Amended Complaint. (ECF No. 9). On June 21, 2018, Plaintiff filed a signature page from a complaint form, without the rest of the complaint, signed the signature page, and wrote on it that this was "Amended (2d Request)." (ECF No. 10 at 1).

Plaintiff is required to file a complete complaint that includes his signature. Fed.R.Civ.P. 11(a). The Court notes that the unsigned complaint filed by Plaintiff refers to four claims (ex post facto, due process, equal protection, and cruel and unusual punishment), but includes only two counts (cruel and unusual punishment and due process). (ECF No. 9 at 8-12). The Court therefore cannot tell if the unsigned complaint filed with the Court contains all of the allegations Plaintiff wishes to pursue.

Plaintiff is therefore ordered to file a complete amended complaint with his signature within 30 days of the date of this order. If Plaintiff is pursuing only two counts,

he should make that clear. If he is pursuing additional counts, those counts must clearly be alleged in the amended complaint, including the factual basis for such claims, and those claims must comply with the Court's previous screening order (ECF No. 6). When screening Plaintiff's signed amended complaint, the Court will not consider any allegations outside of the signed amended complaint.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that within 30 days of the date of this order, Plaintiff shall file a complete and signed amended complaint.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint and instructions for the same, as well as courtesy copies of ECF No. 1-1, 6, 9, and 10. If Plaintiff files an amended complaint, he must use the approved form and he shall write the words "Third Amended" above the words "Civil Rights Complaint" in the caption.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in dismissal of this action.

DATED: 3/14/2019

_____
UNITED STATES MAGISTRATE JUDGE