Robert L. Langford, Esq.
Nevada State Bar No. 3988
Matthew J. Rashbrook
Nevada State Bar No. 12477
Robert L. Langford & Associates
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
(702) 471-6565
robert@robertlangford.com
matt@robertlangford.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK MANIBUSAN,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants | Case No.: 3:17-cv-00303-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>(Third Request) |

Pursuant to Local Rule 26-4, Plaintiff Mark Manibusan, by and through his counsel, Robert L. Langford, Esq., and Matthew J. Rashbrook, and Defendants Renee Baker, Dwayne Baze, Tara Carpenter, James G. Cox, James Dzurenda, and Ronda Larsen (the "NDOC Defendants"), by and through their counsel, Aaron D. Ford, Nevada Attorney General, and John C. Dorame, Deputy Attorney General, respectfully submit the following Stipulation and Order to Extend the Dispositive Motion deadline. This Stipulation is the third request for such an extension, and is entered by the parties in good faith and not for the purpose of delay.

///

///

### DISCOVERY COMPLETED

- Plaintiff's Initial Disclosures
- Defendants Initial Disclosures
- Plaintiff's Interrogatories to Defendants
- Plaintiff's Request for Production of Documents to NDOC Defendants
- Plaintiff's Request for Admission to NDOC Defendants

### DISCOVERY REMAINING

No additional discovery is needed in this matter. The remaining case management deadlines are:

Dispositive motion deadline: **January 10, 2022**

Joint pretrial order (if no dispositive motions filed): **March 2, 2022**

### REASONS DEADLINE HAS NOT BEEN SATISFIED

1. During the previous deadline period, counsel for Plaintiff Mark Manibusan has been absent from the office caring for his spouse while she suffered an illness which required hospitalization. This has caused a significant drop in productivity and the undersigned is unable to comply with the present deadline.

2. As indicated in the previous request for an extension of this deadline (ECF. 67), counsel for defendants was assigned this matter on or about November 8, 2021. At or around the same time, current counsel inherited a number of other matters from prior counsel, all with nearly concurrent significant deadlines. Counsel has endeavored to comply with these all, but in order to have an adequate opportunity to become familiar with the facts and circumstances, as well as the legal arguments presented in this matter, counsel requires further time.

///

///

**PROPOSED SCHEDULE**

The parties propose that the following current deadlines be extended by 30 days:

1. The current deadline for dispositive motions is January 10, 2021. The Parties stipulate that deadline be extended to <u>February 9, 2022</u>.

2. The parties must file a Joint Pretrial Order no later than March 2, 2022. The parties stipulate that deadline be extended to April 1, 2022. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after a decision on the dispositive motions, or further order of the Court.

For the foregoing reasons, Mr. Manibusan and the NDOC Defendants hereby stipulate to the above extensions.

IT IS SO STIPULATED, this 10th day of January, 2022.

| /s/ Matthew J. Rashbrook | /s/ John C. Dorame |
|---|---|
| Matthew J. Rashbrook | John C. Dorame |
| Nevada State Bar No. 12477 | Deputy Attorney General |
| Robert L. Langford & Associates | Nevada State Bar No. 10029 |
| 1925 Village Center Circle, Suite 150 | 100 N. Carson St. |
| Las Vegas, NV 89134 | Carson City, NV 89701 |
| *Attorneys for Plaintiff* | *Attorneys for NDOC Defendants* |

**ORDER**

Based on the foregoing stipulation, the deadline for dispositve motions and joint pretrial order shall be extended as described.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

This ___10th___ day of ___January___, 2022.

3