Robert L. Langford, Esq.
Nevada State Bar No. 3988
Matthew J. Rashbrook
Nevada State Bar No. 12477
Robert L. Langford & Associates
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
(702) 471-6565
robert@robertlangford.com
matt@robertlangford.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK MANIBUSAN,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants | Case No.: 3:17-cv-00303-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request) |

Pursuant to Local Rule 26-4, Plaintiff Mark Manibusan, by and through his counsel, Robert L. Langford, Esq., and Matthew J. Rashbrook, and Defendants Renee Baker, Dwayne Baze, Tara Carpenter, James G. Cox, James Dzurenda, and Ronda Larsen (the "NDOC Defendants"), by and through their counsel, Aaron D. Ford, Nevada Attorney General, and John C. Dorame, Deputy Attorney General, respectfully submit the following Stipulation and Order to Extend Deadline to Respond to Defendants' Motion for Summary Judgment. This Stipulation is the first request for such an extension, and is entered by the parties in good faith and not for the purpose of delay.

///

///

1

**REASONS DEADLINE HAS NOT BEEN SATISFIED**

1. In order to fully address the complex legal arguments raised in Defendants' Motion, Plaintiff requires an additional two weeks' time to respond to the Motion for Summary Judgment, in order to complete necessary additional legal research.

**PROPOSED SCHEDULE**

The parties propose that the following current deadlines be extended by 14 days:

1. The current deadline is March 1, 2022. The Parties stipulate that deadline be extended to March 15, 2022.

For the foregoing reasons, Mr. Manibusan and the NDOC Defendants hereby stipulate to the above extensions.

IT IS SO STIPULATED, this 28th day of February, 2022.

| | |
|---|---|
| /s/ Matthew J. Rashbrook | /s/ John C. Dorame |
| Matthew J. Rashbrook | John C. Dorame |
| Nevada State Bar No. 12477 | Deputy Attorney General |
| Robert L. Langford & Associates | Nevada State Bar No. 10029 |
| 1925 Village Center Circle, Suite 150 | 100 N. Carson St. |
| Las Vegas, NV 89134 | Carson City, NV 89701 |
| *Attorneys for Plaintiff* | *Attorneys for NDOC Defendants* |

**ORDER**

Based on the foregoing stipulation, the deadline to respond to Defendants' Motion for Summary Judgment shall be extended as described.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

This  1st  day of  March , 2022.

ROBERT L. LANGFORD & ASSOCIATES
1925 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NEVADA 89134
(702) 471-6565   •   FAX (702)471-6540

2