AARON D. FORD
  Attorney General
JOHN C. DORAME, Bar No. 10029
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1261
E-mail:  jdorame@ag.nv.gov

*Attorneys for Defendants*
*Renee Baker, Dwayne Baze,*
*Tara Carpenter, James G. Cox,*
*James Dzurenda and Ronda Larsen*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK MANIBUSAN,<br><br>                         Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                         Defendants. | Case No.  3:17-cv-00303-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 26-4, Defendants, Renee Baker, Dwayne Baze, Tara Carpenter, James G. Cox, James Dzurenda and Ronda Larsen, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and John C. Dorame, Deputy Attorney General, and Plaintiff Mark Manibusan, by and through his counsel, Robert L. Langford, Esq., and Matthew J. Rashbrook, Esq., respectfully submit the following Stipulation and Order to Extend Deadline to File Reply in Support of Defendants' Motion for Summary Judgment. This Stipulation is the first request for such an extension and is entered by the parties in good faith and not for the purpose of delay.

### A.     Reasons why the Deadlines Were not Satisfied

Due to an unexpected increase in defense counsel's case load, which case have need immediate and substantial attention since the filing of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, as well as other dispositive motion deadlines

1

1  occurring at or near the same time as the instant matter, defense counsel has been unable

2  to comply with the deadline to file replies, currently set for March 29, 2022.  As a result,

3  defense counsel requested, and Plaintiff has graciously stipulated to, a short extension of

4  the reply deadline.

5      **B.     Proposed Schedule**

6          The parties propose that the following current deadlines be extended by 10 days:

7          1.      The current deadline for reply briefs is March 29, 2022. The Parties

8  stipulate that deadline be extended to April 8, 2022.

9          For the foregoing reasons, the NDOC Defendants and Plaintiff Mark Manibusan

10 hereby stipulate to the above extensions.

11         DATED this 28th day of March, 2022.

12 ROBERT L. LANGFORD & ASSOCIATES      AARON D. FORD
                                                                           Attorney General
13

14 By: /s/ *Matthew J. Rashbrook*                By:  /s/  John C. Dorame
   MATTHEW J. RASHBROOK, ESQ.                    JOHN C. DORAME, ESQ.
15 Nevada Bar No. 12477                          Nevada Bar No. 10029
   Robert L. Langford & Associates                   Nevada State Bar No. 10029
16 1925 Village Center Circle, Suite 150        100 N. Carson St.
   Las Vegas, NV 89134                              Carson City, NV 89701
17 *Attorneys for Plaintiff*                        *Attorneys for Defendants*

18

19                          **ORDER**

20         Based on the foregoing stipulation of the parties, the deadline to file a Reply in

21 Support of Defendants' Motion for Summary Judgment shall be extended as described.

22     **IT IS SO ORDERED.**

23

24     _____

25     UNITED STATES MAGISTRATE JUDGE

26     This ___28th___ day of ___March_____, 2022.

27

28

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on March 28, 2022, I electronically filed the foregoing, **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Robert L. Langford
Matthew J. Rashbrook
Robert L. Langford & Associates
616 South Eighth Street
Las Vegas, NV 89101
robert@robertlangford.com
*Attorneys for Plaintiff*

An employee of the Office
of the Attorney General